BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone:(916) 441-0824

Attorneys for Defendant
FRANK LAGOMARSINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>FRANK LAGOMARSINO,<br><br>            Defendant. | Case No. CR.S-03-0510 WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; DECLARATION IN SUPPORT OF STIPULATION AND REQUEST FOR EXCLUSION OF TIME<br><br>Date:  April 27, 2005<br>Time:  9:00 a.m.<br>Judge: William B. Shubb |

   IT IS HEREBY STIPULATED between the defendant, Frank Lagomarsino, through his undersigned counsel Clyde M. Blackmon of Blackmon & Associates, and the United States, through its undersigned counsel, Assistant U.S. Attorney Laurel D. White, that the status conference now scheduled for April 27, 2005 be continued to May 25, 2005 at 9:00 a.m. before the Honorable William B. Shubb, United States District Court Judge.

   This stipulation is entered into because the defense has engaged the services of David Townsend, a computer expert, to

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; DECLARATION IN SUPPORT OF STIPULATION AND REQUEST FOR EXCLUSION OF TIME

1  analyze the data on computer hard drives which were seized from
2  Dr. Lagomarsino's residence.  Mr. Townsend has provided the
3  government agents with a blank hard drive on to which the data
4  on the seized hard drives may be transferred.  However, the
5  government agents have not yet had time to transfer the data to
6  the blank hard drive.  That process is expected to be completed
7  in the next few days.  Therefore, the defense requires more time
8  in which to complete its investigation.
9       The parties further agree and stipulate that for the
10 purpose of computing time under the Speedy Trial Act, the time
11 period from April 27, 2005 to May 25, 2005, inclusive, should be
12 excluded in the interests of justice pursuant to 18 U.S.C.
13 §3161(h)(8)(B)(iv), to provide reasonable time for necessary
14 preparation.  The basis for defendant's request to exclude time
15 is set forth in the accompanying affidavit of Clyde M. Blackmon,
16 defendant's Request for Exclusion of Time, as required by the
17 Court, is lodged herewith.
18      IT IS SO STIPULATED.

Date: April 25, 2005___          BLACKMON & ASSOCIATES

                                 By:  /s/ Clyde M. Blackmon
                                      Clyde M. Blackmon
                                      Counsel for Defendant
                                      Frank Lagomarsino

Date: April 25,2005_             UNITED STATES ATTORNEY


                                 By:/s/ Laurel D. White
                                    Laurel D. White
                                    Assistant U.S. Attorney

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING
TIME; DECLARATION IN SUPPORT OF STIPULATION AND REQUEST FOR EXCLUSION OF TIME

**REQUEST FOR EXCLUSION OF TIME**

    DEFENDANT FRANK LAGOMARSINO, through his undersigned counsel Clyde M. Blackmon of Blackmon & Associates, hereby requests this Honorable Court to make a finding of excludable time under the provisions of the Speedy Trial Act.  The defense requests the exclusion of time from April 27, 2005 to May 25, 2005.  This request is for reasonable time to prepare, as explained in the accompanying declaration of Clyde M. Blackmon. This request is made pursuant to 18 U.S.C. section 3161(h)(8) and Local Codes T-4.

Date: April 25, 2005        BLACKMON & ASSOCIATES

                                       By:  /s/ Clyde M. Blackmon
                                              Clyde M. Blackmon
                                             Counsel for Defendant
                                             Frank Lagomarsino

DATED: April 25, 2005_       By:  /s/ Frank Lagomarsino
                                             Frank Lagomarsino

**DECLARATION OF CLYDE M. BLACKMON IN SUPPORT OF REQUEST FOR EXCLUDABLE TIME**

I, Clyde M. Blackmon, declare:

1. I am counsel of record for Frank Lagomarsino. On December 3, 2003, Dr. Lagomarsino was indicted on one count of receiving via the Internet a visual depiction of a minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(2). On May 6, 2004, the government returned a superseding indictment against Dr. Lagomarsino charging Dr. Lagomarsino with eight counts including violations of 18 U.S.C. §§ 2252(a)(2), 2256(2), 2256 (8)(a), 2252(a)(2)(A), 2252(a)(2)(B), 2252(a)(4)(B), and 2253.

2. Much of the evidence which the government intends to introduce in this case was obtained pursuant to an electronic intercept order which was obtained by the government in the case of the *United States of America v. Jason Morgan*, CR.S-03-406 WBS. The defense in this matter sought to suppress that evidence. Following extensive briefing by both sides the motion was heard and denied on December 15, 2004.

3. Subsequently, it was necessary that I review and research various issues pertaining to the search of Dr. Lagomarsino's home and the seizure of his computer by government agents. I have completed that task and determined that there are no viable issues which the defense might raise to challenge the legality of that search.

4. The defense has engaged the services of David Townsend, a computer expert, to analyze the data on computer hard drives which were seized from Dr. Lagomarsino's residence.

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; DECLARATION IN SUPPORT OF STIPULATION AND REQUEST FOR EXCLUSION OF TIME

1  Mr. Townsend has provided the government agents with a blank
2  hard drive on to which the data on the seized hard drives may be
3  transferred.  However, the government agents have not yet had
4  time to transfer the data to the blank hard drive.  That process
5  is expected to be completed in the next few days.  Therefore,
6  the defense requires more time in which to complete its
7  investigation.
8       5.   The parties, therefore, have stipulated to a
9  continuance of the status conference set for April 27, 2005 to
10 May 25, 2005 at 9:00 a.m.
11      6.   My assistant has spoken to the Court's clerk, Ms.
12 Sally Hoover, and she indicates that a status conference in this
13 matter on May 25, 2005 would be convenient to the Court's
14 calendar.
15      7.   I have discussed with Dr. Lagomarsino the necessity of
16 continuing the briefing schedule and hearing date.  He
17 understands his rights under the Speedy Trial Act and concurs in
18 the exclusion of time from April 27, 2005 to May 25, 2005.  A
19 Request for Exclusion of Time which has been signed by Dr.
20 Lagomarsino is attached hereto.
21      I, Clyde M. Blackmon, declare under penalty of perjury under
22 the laws of the State of California and the United States that
23 the foregoing is true and correct and that this declaration was
24 executed in Sacramento, California on April 26, 2005.
25
26                         By:  /s/ Clyde M. Blackmon
                               Clyde M. Blackmon
27
28

- 5 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING
TIME; DECLARATION IN SUPPORT OF STIPULATION AND REQUEST FOR EXCLUSION OF TIME

1 **ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**

2  GOOD CAUSE APPEARING, for the reasons set forth in
3 defendant's written request for exclusion of time and the
4 accompanying declaration of Clyde M. Blackmon, the Court orders
5 that the status conference now scheduled for 9:00 a.m. on April
6 27, 2005 be continued to May 25, 2005 at 9:00 a.m. and finds
7 that time should be excluded under the Speedy Trial Act from
8 April 27, 2005 until May 25, 2005, for reasonable time for
9 defense counsel to prepare pursuant to Local Code T-4.

10  IT IS SO ORDERED.

11

12 DATED:   April 25, 2005

13  _____
   WILLIAM B. SHUBB
14  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING
TIME; DECLARATION IN SUPPORT OF STIPULATION AND REQUEST FOR EXCLUSION OF TIME