1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-03-510 WBS |
| Plaintiff, | ) | |
| | ) | GOVERNMENT's MOTION TO |
| v. | ) | DISMISS INDICTMENT and |
| | ) | [PROPOSED] ORDER TO DISMISS |
| FRANK LAGOMARSINO, | ) | INDICTMENT. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned counsel, moves this court to dismiss the Indictment in the above-referenced case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The Indictment charged Frank Lagomarsino with one count of receiving an image depicting a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2); four counts of receiving child pornography, in violation of 18 U.S.C. § 2252A(a)(2), one count of distributing child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and one count of possessing images depicting minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).  The indictment also sought

the forfeiture of the computer equipment Lagomarsino used to receive, distribute and possess such images.  The government entered into an agreement with Mr. Lagomarsino and his attorney, Clyde Blackmon, and with the San Joaquin District Attorney's office whereby the defendant agreed to plead guilty to state misdemeanor charges alleging possession of child pornography, in return for the government's promise to dismiss the afore-referenced indictment.

On August 26, 2005, the defendant pleaded guilty in San Joaquin County Superior Court to two counts of California Penal Code Section 311.11 – possession of matter depicting minors engaging in or simulating sexual conduct.  The defendant was sentenced to 90 days in jail and ordered to report to the San Joaquin County Sheriff's department on September 28, 2005, to begin servicing his jail time.

Accordingly, in light of the defendant's guilty plea to the state charges, the government respectfully requests that the pending indictment, Cr. S-03-510 WBS, be dismissed and that the August 31, 2005 status conference be vacated.

Dated: August 30, 2005         Respectfully submitted,

                               McGREGOR W. SCOTT
                               United States Attorney


                          By:   //s// Laurel D. White
                               LAUREL D. WHITE
                               Assistant U.S. Attorney

///

///

///

///

///

///

2

1 **O R D E R**

2

3     **For the reasons stated above and good cause appearing, the**

4 **Government's Motion is granted.   The Indictment, Cr.S-03-510-WBS,**

5 **charging Frank Lagomarsino with violations of 18 U.S.C. § §**

6 **2252(a)(2), 2252A(a)(2), and 2252(a)(4)(B), shall be dismissed.**

7 **The status conference set for August 31, 2005, shall be vacated.**

8     **IT IS SO ORDERED.**

9 **Date:  August 30, 2005**

10

11 _/s/ William B. Shubb_

12 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE